# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JULIA BOZIER AND GEORGE BOZIER**                      **PLAINTIFFS**

**v.**                              **CIVIL ACTION NO.: 4:13-CV-00087-SA-JMV**

**WAL-MART STORES EAST, LP**                            **DEFENDANT**

## AGREED ORDER OF DISMISSAL

**NOW COME** the parties, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, and stipulate that all rights and claims asserted herein and causes of action arising out of or connected with the above styled and numbered cause, whether or not correctly stated in the Complaint or any pleadings filed herein, shall be dismissed with prejudice, pursuant to a full and final settlement agreement among all parties.

**IT IS THEREFORE, ORDERED ADJUDGED AND DECREED** that the above styled and numbered cause, whether or not correctly stated in the Complaint or any pleadings filed herein, shall be dismissed with prejudice, pursuant to a full and final settlement agreement among all parties.

**ORDERED** this, the 7th day of April, 2014.

                                                    /s/ Sharion Aycock
                                                    **UNITED STATES DISTRICT JUDGE**

**AGREED:**

/s/R. Brittain Virden
**R. BRITTAIN VIRDEN, MBN 10022**
**Attorney for Defendant Wal-Mart Stores East, LP**

/s/William D. Barwell
**WILLIAM D. BARDWELL, MBN 102910**
**Attorney for Plaintiffs**